BHL

CLERK USDC EDWI
2024 JAN 30 P 3:03

Office of the Executor
DEAN RICHARD VONGERMETEN ESTATE
c/o 1921 Thurston Avenue, Racine, Wisconsin
1-262-633-5404

United States District Court
Eastern District of Wisconsin
Civil Docket No. 23-CV-1651

Dean Richard Von Germeten
Petitioner

January 25, 2024

vs.

24-C-0125

Racine County Circuit Court/
Office of Corporation Counsel
Windsor Court, LLC, Racine
County employees:
Michael J. Piontek, Judge (ret.),
Michael F. Nielsen: judge,
David W. Paulson
Gerald Ptacek, Judge
Timothy Boyle: judge
Jennifer Bell: clerk
Samuel A. Christensen: clerk of court
Jonathan Delagrave: Racine county executive
James P. Weidner: sheriff
Marinosci Law Group, PC
William Patacsil: attorney
Sara Schmeling: attorney
Rushmore Loan Management Services, LLC
Terry Smith: President
Gray & Associates, LLP
Mark Clause: attorney
WDFI Matthew Lynch: attorney

Judge Timothy Boyle is named individually and in his official capacity as Judge of the Circuit Court of Racine County, Defendant ...who violated my due process rights by signing a writ of assistance for my removal re: the matter of foreclosure of the property brought by Mark Clause ostensibly for Planet Home Lending, LLC in 2019 against my person(s), violating my rights by failing to give me a hearing.

JURISDICTIONAL BASIS

I. Petitioner, a living man, not a US citizen or corporate franchise, claim federal jurisdiction pursuant to Article III § 2 which extends the jurisdiction to cases arising under the U.S. Constitution. Violation by attorney defendants acting as debt collectors who brought suit in Racine County Courts in violation of 15 USC ss. 1692(i).

II. Petitioner brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of certain protections guaranteed to him by the First, Fifth, Seventh, Eighth, Ninth and Fourteenth Amendments of the federal Constitution: the right to be heard, the right to face my accuser, the right to a jury trial of my peers, before being deprived of life, liberty or property, by the defendant(s) Timothy Boyle, et al under color of law in his capacity as a judge in the Circuit Court of Racine County. 42 U.S. Code § 1985 - Conspiracy to interfere with civil rights............. 42 U.S. Code § 1986 - Action for neglect to prevent See also 18 USC ss. 241 & 242.

"Petitioner brings this action against Timothy Boyle a state judicial officer, pursuant to Title 28 U.S. Code § 1331, and 4 USC ss. 72 (the seat of all government including judicial offices, is in DC) in claims arising from violations of federal constitutional rights guaranteed in the 6th, 7th and 14th amendments to the U.S. Constitution and redressable pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)." Article 1 Section 8 clause 17.

## PARTIES

The named parties are either employees for Racine County or private/public attorneys or company or public officers who received tenders to satisfy the alleged obligation but failed to credit the account.

III. Petitioner Dean Richard Von Germeten is a living man & American national who currently dwells at the property address 1921 Thurston Avenue, Racine, Wisconsin.

IV. Defendant Timothy Boyle is a Judge presiding at Racine County Circuit Court, 730 Wisconsin Avenue, Racine, Wisconsin 53403

## STATEMENT OF CASE

Title 42 U.S. Code § 1983 reads as follows:
Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. (See also 18 USC ss. 241 & 242.)

Judge Timothy Boyle and other Racine county court judges before him have refused to give Dean Richard Von Germeten, a disabled american national, a hearing re: the foreclosure of the property where he currently dwells.

The case surrounds an unlawful foreclosure initiated by Mark Clause, attorney in 2019, allegedly acting for his client, following a federal case Plaintiff brought unsuccesfully against servicer Planet Home Lending, LLC. Petitioner requested but Judge Pamela Pepper refused to discharge Plaintiff's loan # 0503260451, in violation of 50 USC ss. 4305(b)(2). Mark Clause then asked Pepper if he could foreclose on the property to which she replied "That's your perogative." However, Clause failed to follow FHA conditions precedent to foreclosure, i.e. to help mitigate foreclosure via a face-to-face meeting to arrange a work-out strategy that would permit Plaintiff to remain in his home. Petitioner had to create his own strategy that included sending a promissory note to Suzy Lindblom, COO for Planet, which she retained but failed to credit. Petitioner defaulted Suzy Lindblom and filed a lien on March 27th, 2021 in Racine County Register of Deeds. Planet then unlawfully conveyed the settled obligation

to Rushmore Loan Management Services, LLC of Irvine California who began collections at an accelerated rate. Having no contract with the new servicer, Petitioner objected to the extortion by defendants for a debt not owed, resorting to various tenders Rushmore received but rejected, who then initiated sheriff sale of the property on March 21st of 2023 via attorneys for Marinosci Law Group, PC with office in Brookfield, Wisconsin, culminating in assignment of the property to US Bank allegedly acting for RMTP trust. Petitioner objected for various improprieties but was unable to secure a hearing in over 3 years, and was even barred from filing papers into the court in his own defense. For various judges recusing themselves (refusing to provide FARA/antibribery statements), Timothy Boyle, magistrate judge then took the case on short notice and filed a writ of assistance for removal, against the Petitioner, without a hearing, or consideration of Petitioner's disabled status. The presumption by attorneys is that the case was ajudicated and settled because of lengthy litigation the Petitioner has mounted over the years but for judges who refused to look at and consider new evidence in unbiased manner, has thereby been unable to secure justice in these courts. Petitioner filed four bankruptcy cases and two miscellaneous cases, all dismissed for reasons unrelated to points the Petitioner raised, or without reason at all, however the Plaintiff now understands how the courts protect their own bar member attorneys who bring them regular business. Judicial misconduct, favoritism, collusion, racketeering, land piracy, unjust enrichment and abuse of the trust

Judge Timothy Boyle permitted an ex parte attachment, i.e. granting a claim of real estate without giving Petitioner a hearing, this is a deprivation of property without due process, violating the Fifth, Sixth, Seventh Amendment as well as the Fourteenth Amendment.

Wisconsin Constitution
Article I - Declaration Of Rights
Section 13 - Private property for public use.
Universal Citation: WI Const art I § 13
The property of no person shall be taken for public use without just compensation therefor.
Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation. See also: 42 U.S. Code § 1982 - Property rights of citizens

Ex parte restraining orders forcing men or women out of their homes based on abuse allegations in state courts are a primary and rampant example of violations of constitutional rights today, and certainly actionable in federal court. At no time did the defendant attorneys produce a real party of interest, but only attorney affidavits and heresay, absent POA or authorization by a principal party, acting as debt collectors, never swearing in, etc. However all of this occurred in the *wrong jurisdiction:* 15 USC ss. 1692(i).

The first ten amendments of the Bill of Rights are self-explanatory. Violations of any of the rights described in the amendments give rise to causes of action against state judges under Title 42 U.S.C. § 1983 and federal judges in Bivens actions.

The case began with Mark Clause, attorney for Gray & Associates, LLP alleging to act for Planet Home Lending, LLC re; the subject property where Plaintiff dwells, and foreclosed by judge Michael Piontek on 2/14/2020. Petitioner was given only limited time to speak re: evidence filed into the case, along with GSA bonds, to settle any claim, the judge alleged to have reviewed, but were ignored. By request of Clause, Judge Piontek agreed to expunge over 20 documents which is concealment of docs and in violation of 18 U.S. Code § 2071 - Concealment, removal, or mutilation generally, and *WI stat 946.72(1), Tampering with public records and notices.*

Petitioner had filed to protect my property interests, into Racine Register of Deeds and UCC/WDFI office in Madison, with collusion by Matthew Lynch, CLC to said office, who agreed to remove those documents, a state and federal felony. (Two later judges agreed to expunge additional documents as well.) Lynch also advised county and bank notaries to stop notarizing my documents. 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant.

Petitioner then filed a series of bankruptcy cases to try and settle the claim and stop the sale, including at least one adverse claim, that were all dismissed. Most relevant was the refusal by all judges to consider evidence filed into those courts of the promissory note Petitioner served to Susy Lindblom of Planet to settle the claim, within the 6 month right-of-redemption orders by Piontek. Judge G. Michael Halfenger abstained, refusing to award defendants any claim. Rushmore failed to appear to subpoenas before Judge Blise, but this didn't stop defendants from filing with Racine County sheriffs to sell the property. Petitioner filed a series of tenders, 1099's, GSA bonds to named defendants to no avail. The decision the property would be acquired with the help of county employees was all but predetermined. Karie Pope: Register of Deeds Clerk, refused to file documents to protect my interests, for Petitioner's alleged self-interest to the property; (Aren't all property interests about the holder's self-interest?)

Petitioner now recognizes that defendant Mark Clause failed to follow all FHA conditions precedent to foreclosure, no face-to-face meeting or attempt to mitigate but seeking seizure of property as some kind of prize for "winning" a legal game, absent equity or Justice.

Given that Planet refused to honor Petitioner's promissory note tender, filed a lien against Planet with Racine County Register of Deeds. See: document # 2603183 filed August 24th, 2021.

Petitioner then obtained a land patent and transferred the real estate portion via deed to Hand-of-Christ Trust in Pennsylvania, Quit Claim deed is registered with registrar of deeds, see: document # 2603526 filed August 27, 2021.

The settled obligation was transferred by Planet to Rushmore whose attorneys acting as debt collectors ultimately initiated sheriff sale of the property on March 21, 2023 in violation of 15 USC ss. 1692(i), sold to US Bank.

The sale violated WI stat 100.18 for misrepresenting the amount owed. Petitioner asserts the alleged obligation had already been settled with Planet and the sale was unlawful. Bidding began for more than twice the posted amount, so there were no public bidders but the bank. Post-sale, Petitioner gave Samuel A. Christensen: clerk of court, a cash down payment of $5,450. to redeem the property, and a money order for $139,619.99 which the clerk declined in writing but materially retained, prima facie evidence of embezzlement. 18 U.S. Code § 3487 - Refusal to pay as evidence of embezzlement The clerk awarded the property to the bank despite Petitioner's superior bid. Then the clerk changed jobs to become clerk for Wisconsin State Court of Appeals. Petitioner's appeal brief arrived in Sam's lap. My naming him as a defendant, and retired (now state supreme court) judge Piontek to hear the same case

he foreclosed upon. The hope that appeals judges would award a favorable decision to a Petitioner naming their own clerk of court as a defendant is beyond naive. The Appeals court gave reasons why Petitioner's appeal brief didn't meet statutory presentment requirements, denying Justice & equity to this Petitioner, who is not an attorney.

A recent hearing of Nov. 3, 2023 initiated by attorneys, judge Gerald Ptacek presiding, granted standing to US Bank after the fact, asserting the sale made it a foregone event. Petitioner objected to no avail. Most recently Timothy Boyle ordered writ of assistance to remove Petitioner's person, and denied Petitioner a hearing. Because of the number of judges dismissing and/or recusing themselves, it's not feasible that Boyle has any depth or familiarity with Petitioner's case, or events post-foreclosure, but merely rubber-stamping prior judge's decisions absent significant review or consideration, making it impossible to obtain a fair hearing because of an air of prejudice attorneys and judges have created around the case. The refusal by the judge to grant a hearing to a disabled senior, prior to eviction in the middle of Wisconsin winter, glossing evidence of tenders made and lawful issues raised, speaks for itself. Racine County Circuit Court is a private corporate tribunal, not a government agency.

Anti bribery statements by judges, clerks, attorneys and sheriffs were never produced as required.
1099A & C …cancellation of debt were accepted by the IRS
19CV001616 was bonded no less than four times.
Sam A. Christensen received petitioner's negotiable instrument as a superior bid he refused to submit to Fiscal Services/US Treasury in violation of federal law. (Prima facie evidence of embezzlement.)
Judge Timothy Boyle et al are acting under color of law, outside their Authority and is TREASON and numerous due process violations, refusal to grant a hearing but also in the wrong jurisdiction, which 15 USC ss. 1692(i) clearly defines as Federal Jurisdiction. The judges state orders are void. Sheriffs in collusion with attorneys are committing piracy. Marinosci law firm has no license to practice law in the state of Wisconsin, along with Rushmore, US Bank, or collect in this state, 12 USC ss. 1864, with attorneys, no standing, no contract.

## Prayer for Relief

See Pulliam v. Allen, 466 U.S. 522 (1983).
Wherefore plaintiff prays this Court issue equitable relief as follows:

1. Issue injunctive relief cease & desist Petitioner's eviction from the property and commanding defendants to prove compliance to FHA conditions precedent to foreclosure; cancel the sale and all prior court orders, and release property back to Petitioner immediately.
2. Issue declaratory relief as this Court deems appropriate & just.
3. Issue other financial relief as this Court deems appropriate and just, i.e. award plaintiff his costs of litigation, damages for stress and aggravation, and terms of lien.

Statement of Verification

I have read the above complaint and it is true, accurate & correct to the best of my knowledge, so help me God.

Respectfully submitted,

By: ______________________________

Dean Richard Von Germeten: Executor
All rights reserved, non assumpsit
c/o: 1921 Thurston Avenue
Racine, Wisconsin [53403]
1-262-633-5404